IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR AGEEL,<br><br>            Plaintiff,<br><br>      vs.<br><br>F. GONZALES, et al.,<br><br>            Defendants.<br>_____/ | Case No. 1:09-cv-02076 JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR A PROOF OF SERVICE SHEET<br><br>(Doc. 16) |

By order filed March 16, 2011, the Court forwarded and instructed Plaintiff to complete all the necessary forms for effectuating service on Defendants. Plaintiff has since filed a request for a proof of service sheet. (Doc. 16.) Plaintiff is advised in this regard that he need not include proof of service with his service documents. Plaintiff need only submit to the Court the documents that were attached to the Court's March 16, 2011 order. Once Plaintiff submits these documents, the Court will order the U.S. Marshal to effectuate service on Defendants.

Accordingly, it is **HEREBY ORDERED** that Plaintiff's April 29, 2011 request for a proof of service sheet (Doc. 16) is **DENIED**.

IT IS SO ORDERED.

Dated:   **May 18, 2011**                                            /s/ Jennifer L. Thurston
                                                                                 UNITED STATES MAGISTRATE JUDGE