1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   OMAR AGEEL,                                Case No. 1:09-cv-02076 JLT (PC)

12            Plaintiff,                        ORDER CLARIFYING DISCOVERY AND
                                                SCHEDULING ORDER
13       vs.
                                                (Doc. 31)
14   F. GONZALES, et al.,

15            Defendants.

16   _____/

17          On January 20, 2012, Defendants filed a request for clarification of the Court's Discovery and

18   Scheduling Order.  (Doc. 31)  Defendants seek clarification whether the Court's order applies to all

19   defendants or only as to the single defendant who has filed an answer to the complaint. Id. at 1.  They

20   remind the Court that the remaining defendants have appeared but through the filing of a motion to

21   dismiss rather than filing an answer. Id.

22          Defendants are advised that the Court's Discovery and Scheduling Order is issued upon the filing

23   of an answer by any defendant.  Thus, despite the appearance to the contrary, the Court is aware of the

24   motion to dismiss and will turn its attention to this motion at its very earliest convenience.

25   Unfortunately, due to the overwhelming number of cases filed in this District, the motion will be

26   addressed when the Court's resources are available to consider it.  In the meanwhile, the case must

27   proceed through discovery in order for there to be a timely resolution to the matter.

28

                                                    1

Therefore, the Court clarifies that the Discovery and Scheduling Order, indeed, applies to all defendants–including those for whom a motion to dismiss has been filed.

IT IS SO ORDERED.

Dated:  **January 27, 2012**                                    **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

2