IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR AGEEL, | Case No. 1:09-cv-02076 JLT (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS TO DEFENDANTS THORNBERRY AND KNIGHT |
| vs. | |
| F. GONZALES, et al., | |
| Defendants. | |

On June 21, 2011, the Court directed the United States Marshal to service Defendants Thornberry and Knight the summons and complaint. (Doc. 21) The summons were returned unexecuted. (Docs. 22, 23) The Marshal reported that Defendants Thornberry and Knight were no longer employed by the CDCR and that the CDCR had no forwarding information.

**ORDER**

Accordingly, it is **HEREBY ORDERED** that within 14 days from the date of this order, Plaintiff **SHALL** provide additional information as to where Defendants Thornberry and Knight may be served. Alternatively, Plaintiff may notify the Court that he chooses to proceed with the case only as to the defendants who have been served.

///

///

1

<u>Plaintiff is advised that his failure to comply with the Court's order, will result in a recommendation that the matter be dismissed as to Defendants Thornberry and Knight pursuant to Rule 4(m).</u>

IT IS SO ORDERED.

Dated:   **February 2, 2012**                                                       /s/ **Jennifer L. Thurston**
                                                                                                    UNITED STATES MAGISTRATE JUDGE