IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR AGEEL, | Case No. 1:09-cv-02076 JLT (PC) |
| Plaintiff, | ORDER TO PLAINTIFF TO FILE OPPOSITION OR NON-OPPOSITION TO MOTION TO DISMISS |
| vs. | |
| F. GONZALES, et al., | |
| Defendants. | |

On September 22, 2011, Defendants Calvillo, Morales, Razo, Solis and Ybarra, filed their motion to dismiss. (Doc. 26) Since this time, Plaintiff has failed to file an opposition or notice of non-opposition to the motion.

**ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. Plaintiff SHALL file his opposition or notice of non-opposition to the motion to dismiss within 21 days of the date of service of this order;

**Plaintiff is advised that his failure to comply with this order will result in the motion being decided upon the papers on file and could result in a judgment in favor of the moving defendants.**

IT IS SO ORDERED.

Dated:   **February 2, 2012**                                   /s/ Jennifer L. Thurston
                                                                                   UNITED STATES MAGISTRATE JUDGE