# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR AGEEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. GONZALES, et. al,<br><br>　　　　Defendants. | Case No.: 1:09-cv-02076 – JLT (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S NOTICE<br><br>(Doc. 38) |

On August 23, 2012, Plaintiff filed a notice indicating that, despite the pleading he filed in March 2012, he did not intend to dismiss his case. (Doc. 38). Notably, on March 5, 2012, Plaintiff filed a "Request for a Dismissal of the Above Case or Appointment of Counsel." (Doc. 36). Plaintiff's request stated, "I am unable to proceed with the above case – as the issues are too complicated for me to keep up with at this time . . . . I hereby request to drop this lawsuit . . ."

Based thereon, on March 7, 2012, the Court granted Plaintiff's request to dismiss the case. (Doc. 37). Since the case is closed and has been closed for nearly six months, Plaintiff's current notice is **DISREGARDED**. **No further filings will be accepted in this case.**

IT IS SO ORDERED.

　　Dated:　**August 27, 2012**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE